IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-CR-136 |
| ) | CHIEF JUDGE VARLAN |
| STEPHEN LEE YOUNG ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Stephen Lee Young, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Young's supervised release should be revoked and that he should receive a sentence of 6 months incarceration, with no supervised release to follow.

Mr. Young agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is

VI. The advisory guideline range is 8 to 14 months incarceration for a "Grade C" violation which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a). The slightly below-guideline sentence is justified by Mr. Young's candor with his probation officers.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of 6 months, with no supervised release to follow.

ENTER:

*Thomas A. Varlan*
Hon. Thomas A. Varlan
Chief United States District Judge

APPROVED FOR ENTRY:

*Brooklyn Sawyers*
Brooklyn Sawyers
Assistant U.S. Attorney

_____
Laura E. Davis
Attorney for Defendant

_____
Stephen Lee Young
Defendant

_____
Scott Smith
U.S. Probation Officer